

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ashley Renee Williams, Appellant

No. 06-15-00199-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 30,558). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Ashley Renee Williams, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 18, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk